IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr368

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| ELEUTERIO VILLA-BENITEZ ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment with prejudice. (Doc. No. 14).

The Court finds that the government has sufficient cause for to dismiss the indictment in this matter. Fed. R. Crim. P. 48(a).

**IT IS THEREFORE ORDERED** that the government is granted leave to dismiss the indictment in the above captioned case with prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: March 28, 2007

Robert J. Conrad, Jr.
Chief United States District Judge